

**U. S. Department of Justice**

*Thomas G. Walker*
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*
*310 New Bern Avenue*
*Suite 800*
*Raleigh, North Carolina 27601-1461*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

## NOTICE OF RELATED CASES

DATE:     April 9, 2013

TO:       Clerk's Office
          United States District Court
          Raleigh, North Carolina

FROM:     TIMOTHY M. SEVERO
          Special Assistant United States Attorney
          Criminal Division

SUBJECT:  U.S. v. Monterie Lavern Junious
          No. 7:13-CR-40-1      SOUTHERN DIVISION

    The above-named defendant is being charged by indictment with conspiracy to possess with the intent to distribute and distribute twenty-eight (28) grams or more of cocaine base (crack) and one hundred (100) grams or more of heroin, in violation of Title 21, United States Code, Section 846, and possession with the intent to distribute twenty-eight (28) grams or more of cocaine base (crack) and a quantity of heroin, in violation of Title 21, United States Code, Section 841(a)(1).

    Previously filed cases which involve other defendants (See Attachment) are related in that the defendants in the prior cases were involved in the same series of transactions as the defendant in the above-captioned case. Those cases were assigned to the Honorable James C. Dever III. Substantial duplication of labor would be required if these cases were heard by different judges.

Reviewed and approved by: _____
                          JOHN STUART BRUCE
                          First Assistant U.S. Attorney