

**U. S. Department of Justice**

*Thomas G. Walker*
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*
*310 New Bern Avenue*
*Suite 800*
*Raleigh, North Carolina 27601-1461*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

M E M O R A N D U M

DATE:      April 9, 2013

TO:        Clerk's Office
           United States District Court
           Eastern District of North Carolina
           Raleigh, North Carolina

REPLY TO:  THOMAS G. WALKER
           United States Attorney

ATTN OF:   Timothy M. Severo
           Special Assistant United States Attorney

SUBJECT:   U.S. v. MONTERIE LAVERN JUNIOUS
           No. 7:13-CR-40-1        SOUTHERN DIVISION

   Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

   Detention is recommended, and the warrant should be returnable before the U.S. Magistrate Judge.

TMS/ael

cc:  US Marshal Service
     US Probation Office