UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-40-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NOTICE OF INTENT TO SEEK |
| v. | : | ENHANCED PENALTY PURSUANT |
| | : | TO TITLE 21, UNITED STATES |
| MONTERIE LAVERN JUNIOUS | : | CODE, SECTION 851 |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby files this Notice of Intent, Pursuant to Title 21, United States Code, Section 851, to Seek an Enhanced Penalty as required before trial or entry of a plea of guilty. This notice advises the Court and MONTERIE LAVERN JUNIOUS, the defendant herein, that the defendant faces enhanced punishment under Title 21, United States Code, Section 841(b), since he was previously convicted in United States District Court of a felony drug offenses.

On or about March 20, 2000 in Wilmington North Carolina (Federal Court), the defendant, MONTERIE LAVERN JUNIOUS, was convicted of a felony drug offense that being possess with intent to distribute

(The remainder of this page left blank)

cocaine base (crack)(7:99-CR-77-F)(Attachment A).

Respectfully submitted, this the 19th day of June, 2013.

                THOMAS G. WALKER
                United States Attorney

By: /s/ TIMOTHY SEVERO
     TIMOTHY SEVERO
     Special Assistant
     United States Attorney
     Criminal Division
     310 New Bern Avenue
     Suite 800
     Raleigh, North Carolina 27601
     Telephone: 919-600-4349
     Fax: 919-856-4487
     Email: tim.severo@usdoj.gov
     NC State Bar No. 19621

CERTIFICATE OF SERVICE

This is to certify that I have this the 19th day of June, 2013, served a copy of the foregoing Government's Notice upon the counsel for the defendant in this action by electronically filing the foregoing with the Clerk of court, using the CM/ECF system which will send notification of such filing to:

Geoffrey W. Hosford
Hosford & Hosford, P.C.
P. O. Box 1653
Wilmington, NC 28402

By: /s/ TIMOTHY SEVERO
TIMOTHY SEVERO
Special Assistant
United States Attorney
Criminal Division
310 New Bern Avenue
Suite 800
Raleigh, North Carolina 27601
Telephone: 919-600-4349
Fax: 919-856-4487
Email: tim.severo@usdoj.gov
NC State Bar No. 19621