UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-40-1-D

| | |
|---|---|
| UNITED STATES ) | |
| ) | ORDER |
| VS. ) | |
| ) | |
| MONTERIE JUNIOUS ) | |

THIS MATTER COMING before the Court on the Defendant's motion to continue the arraignment and trial, the Court finds that good cause exists to allow the motion, and therefore, the Defendant's motion is ALLOWED.

WHEREFORE, IT IS ORDERED that the detention hearing in this case is continued from July 15, 2013 to _September_, 2013.

The Court concludes that the interests of justice are best served by the continuance of this matter, and that the interests of justice and of the public outweigh the defendant's interest in a speedy trial. Therefore, any delay occasioned by this continuance shall be excluded in computing the defendant's speedy trial time. 18 U.S.C. §3161(h).

SO ORDERED.

This _8_ day of July, 2013.

_____
JAMES DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE