# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
#### 7:13-CR-40-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MONTERIE LAVERN JUNIOUS, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as moot defendant's motion for compassionate release [D.E. 45]. Cf.

[D.E. 48] 31.

SO ORDERED. This 28 day of July, 2025.

JAMES C. DEVER III
United States District Judge