UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Monterie Lavern Junious**          **Docket No. 7:13-CR-40-1D**

### Petition for Action on Supervised Release

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Monterie Lavern Junious, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute and Distribute 28 Grams or More of Cocaine Base (Crack) and 100 Grams or More of Heroin, in violation of 21 U.S.C. §§ 846, 841(b)(1)(B), and 851, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on December 9, 2013, to the custody of the Bureau of Prisons for a term of 174 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 96 months.

On February 17, 2025, clemency was granted, and on July 16, 2025, Monterie Lavern Junious was released from custody, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant requested a condition for mental health treatment be added so he could meet with a therapist to address mental health concerns. He hopes that meeting with a therapist will lead to better accountability in his life. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/ David W. Leake                              /s/ Korey A. Cross
David W. Leake                                  Korey A. Cross
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                Phone: 910-679-2051
                                                Executed On: March 17, 2026

### ORDER OF THE COURT

Considered and ordered this ___18___ day of ___March___, 2026, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge